[No. 14250-0-I.   Division One.   April 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. SHOYN DRIELL BIBBS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02871–6, George T. Mattson, J., entered January 13, 1984. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Williams and Grosse, JJ.

[No. 6165–5–III.   Division Three.   April 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LETICIA GUTIERREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–8–00605–9, Stephen M. Brown, J. Pro Tem., entered September 20, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 5949–9–III.   Division Three.   April 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN LEROY CHICKLINSKY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–1–00995–5, Harold D. Clarke, J., entered June 24, 1983. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.